# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2008

126509 (54)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICKY ALLEN PARKS,
      Defendant-Appellant.

SC: 126509
COA: 244553
Shiawassee CC: 02-007574-FC

_____/

      On order of the Court, the motion to permit review of sealed court documents is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2008

_____
Clerk

t0715